KWAME RAOUL
Attorney General for the State of Illinois
CARA HENDRICKSON
*Executive Deputy Attorney General*
R. HENRY WEAVER
MICHELLE PETERSEN
*Public Interest Counsel*
KATHARINE ROLLER
*Complex Litigation Counsel*
GRETCHEN HELFRICH
*Deputy Chief, Special Litigation Bureau*
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
Telephone: 312-814-3000
Fax: 312-814-3806
Cara.Hendrickson@ilag.gov
Robert.Weaver@ilag.gov
Michelle.Petersen@ilag.gov
Katharine.Roller@ilag.gov
Gretchen.Helfrich@ilag.gov

*Attorneys for the State of Illinois*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| STATE OF OREGON, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.<br><br>*Defendants*. | Case No. 6:26-cv-02359-MTK<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned is counsel of record for the State of Illinois in this case.

DATED: October 27, 2026

Respectfully submitted,

*s/ R. Henry Weaver*
R. Henry Weaver
Public Interest Counsel
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
Telephone: 312-814-3000
Fax: 312-814-3806
Email: robert.weaver@ilag.gov

*One of the Attorneys for the State of Illinois*