**LETITIA JAMES**
Attorney General for the State of New York

Mark Ladov
*Special Counsel*
28 Liberty St.
New York, NY 10005
Telephone: (212) 416-8240
Email: Mark.ladov@ag.ny.gov

*Attorneys for the State of New York*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| STATE OF OREGON, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.<br><br>*Defendants*. | Case No. 6:26-cv-02359-MTK<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned is counsel of record for State of New York in this case.

DATED: October 27, 2026

Respectfully submitted.

*s/ Mark Ladov*___________________________

**LETITIA JAMES**
Attorney General for the State of New York

Mark Ladov
*Special Counsel*
28 Liberty St.
New York, NY 10005
Telephone: (212) 416-8240
Email: Mark.ladov@ag.ny.gov

*Attorneys for the State of New York*