DAN RAYFIELD
Attorney General
LEANNE HARTMANN #257503
BRIAN SIMMONDS MARSHALL #196129
NOAH STEIMEL, T26070601, DC Bar #1723832
TY BAIR #251894
Senior Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Leanne.Hartmann@doj.oregon.gov
Brian.S.Marshall@doj.oregon.gov
Noah.Steimel@doj.oregon.gov
Ty.Bair@doj.oregon.gov

*Counsel for State of Oregon*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,<br><br>Defendants. | Case No. 6:26-cv-02359-MTK<br><br>AFFIDAVIT OF SERVICE |

**AFFIDAVIT OF SERVICE**

I hereby depose and swear as follows:

1. I am an Office Specialist in the Oregon Department of Justice. I am over the age of eighteen.

2. On October 27, 2026, Plaintiff State of Oregon received summonses (Dkt. No. 3) directed to defendants Scott Bessent, in his official capacity as Secretary of the Treasury; United States Department of the Treasury; Jenna Casanova, in her official capacity as Acting Director of the Financial Crimes Enforcement Network; the Financial Crimes Enforcement Network; Todd Blanche, in his official capacity as Attorney General of the United States; and Markwayne Mullin, in his official capacity as Secretary of Homeland Security.

3. Also on October 27, 2026, I hand-delivered copies of the summonses described in the preceding paragraph, together with copies of the following documents:

a. Complaint (Dkt. No. 1),

b. Civil Cover Sheet (Dkt. No. 1-1),

c. Proposed Summonses (Dkt. No. 1-2),

d. Notice of Case Assignment to Judge Mustafa T. Kasubhai and Discovery and Pretrial Scheduling Order (Dkt. No. 2)

to the front desk of the Office of the United States Attorney for the District of Oregon at 1000 SW Third Ave. Suite 600, Portland, Oregon, to the attention of United States Attorney Scott Bradford or his designee for civil process, as set forth in Fed. R. Civ. P. 4(i)(1)(A)(i).

4. The same day, I confirmed that the documents listed above were mailed from the office of the Oregon Attorney General to the following via USPS certified mail:

Scott Bessent
Secretary of the Treasury
United States Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

United States Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220



Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

Jenna Casanova
Acting Director
Financial Crimes Enforcement Network
P.O. Box 39
Vienna, Virginia 22183

Financial Crimes Enforcement Network
P.O. Box 39
Vienna, Virginia 22183

Todd Blanche
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Markwayne Mullin
Office of the Executive Secretary
MS 0525 Department of Homeland Security
2707 Martin Luther King Jr Ave SE
Washington, DC 20528-0525

Alexandra Varela Lepe
ALEXANDRA VARELA LEPE
Office Specialist 1

STATE OF OREGON )
) ss.
County of Multnomah )

SUBSCRIBED AND SWORN to before me this 27 day of October, 2026.

OFFICIAL STAMP
JAVIER YAMIR CARDENAS
NOTARY PUBLIC - OREGON
COMMISSION NO. 1068253
MY COMMISSION EXPIRES JUNE 02, 2030

Notary Public for Oregon
My Commission Expires: June 02, 2030



Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000