**JENNIFER DAVENPORT**
Attorney General of New Jersey
Division of Law
Richard J. Hughes Justice Complex
25 Market St.
Trenton, NJ 08611
Telephone: (609) 376-3377
Fax: (609) 633-1739
*Attorney for Plaintiff, State of New Jersey*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| STATE OF OREGON, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,<br><br>*Defendants*. | Case No. 6:26-cv-02359-MTK<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned is counsel of record for State of New Jersey in this case.

DATED: October 28, 2026

JENNIFER DAVENPORT
Attorney General of New Jersey

By: *s/ Corey Fedorowich*
COREY FEDOROWICH
Deputy Attorney General
Telephone: (609) 940-7933
Email: corey.fedorowich@law.njoag.gov