AARON D. FORD
Attorney General for the State of Nevada
K. Brunetti Ireland
Chief of Special Litigation
Nevada Bar No. 15368
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: (702) 486-3420
Fax: (702) 486-3768
Email: kireland@ag.nv.gov

*Attorneys for the State of Nevada*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| STATE OF OREGON, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.<br><br>*Defendants*. | Case No. 6:26-cv-02359-MTK<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned is counsel of record for Plaintiff State of Nevada in this case.

DATED: October 28, 2026

Respectfully submitted.

*s/ K. Brunetti Ireland*________________

AARON D. FORD
Attorney General for the State of Nevada
K. Brunetti Ireland
Chief of Special Litigation
Nevada Bar No. 15368
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: (702) 486-3420
Fax: (702) 486-3768
Email: kireland@ag.nv.gov

*Attorneys for the State of Nevada*