JOSHUA L. KAUL
Wisconsin Attorney General
LEWIS W. BEILIN
*Assistant Attorney General*
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Telephone: (608) 266-3076
Fax: (608) 294-2907
Lewis.Beilin@wisdoj.gov

*Attorneys for the State of Wisconsin*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| STATE OF OREGON, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.<br><br>*Defendants*. | Case No. 6:26-cv-02359-MTK<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned is counsel of record for State of Wisconsin in this case.

DATED: October 28, 2026

Respectfully submitted,

JOSHUA L. KAUL
WISCONSIN ATTORNEY GENERAL

*s/ Lewis W. Beilin*______________________
LEWIS W. BEILIN
*Assistant Attorney General*
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Telephone: (608) 266-3076
Fax: (608) 294-2907
Email: Lewis.Beilin@wisdoj.gov

*Attorneys for the State of Wisconsin*