JEFF JACKSON
Attorney General of North Carolina
LAURA HOWARD
Chief Deputy Attorney General
HANNAH BLOOM
Chief Deputy Fellow
DANIEL MOSTELLER
Associate Deputy Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6026
hbloom@ncdoj.gov
dmosteller@ncdoj.gov

*Attorneys for the State of North Carolina*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| STATE OF OREGON, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.<br><br>*Defendants*. | Case No. 6:26-cv-02359-MTK<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned is counsel of record for the State of North Carolina in this case.

DATED: October 29, 2026

Respectfully submitted.

*s/ Hannah Bloom*

JEFF JACKSON
Attorney General of North Carolina
HANNAH BLOOM
Chief Deputy Fellow
North Carolina Bar No. 65499
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6026
Email: hbloom@ncdoj.gov

*Attorney for the State of North Carolina*