DANA NESSEL
Attorney General for the State of Michigan
NEIL GIOVANATTI
DANIEL PING
Assistant Attorneys General
Michigan Department of Attorney General
P.O. Box 30212
Lansing, MI 48909
Telephone: (517) 241-1050
Email: GiovanattiN@michigan.gov
PingD@michigan.gov

*Attorneys for the State of Michigan*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| STATE OF OREGON, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.<br><br>*Defendants*. | Case No. 6:26-cv-02359-MTK<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned is counsel of record for Plaintiff State of Michigan in this case.

DATED: October 29, 2026

Respectfully submitted.

*/s/ Neil Giovanatti*
Neil Giovanatti (MI Bar No. P82305)
Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30212
Lansing, MI 48909
(517) 241-1050
GiovanattiN@michigan.gov

*Attorney for the State of Michigan*