Andrea Campbell
Attorney General for the Commonwealth of Massachusetts
Nita Kumaraswami Klunder
State Trial Counsel
Office of the Attorney General
One Ashburton Place
20th Floor
Telephone: 617-963-2394
Email: nita.klunder@mass.gov

*Attorney for the Commonwealth of Massachusetts*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| STATE OF OREGON, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.<br><br>*Defendants*. | Case No. 6:26-cv-02359-MTK<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned is counsel of record for Commonwealth of Massachusetts in this case.

DATED: October 30, 2026

Respectfully submitted.

*s/ Nita Kumaraswami Klunder* _____

Andrea Campbell
Attorney General for the Commonwealth of Massachusetts
Nita Kumaraswami Klunder
State Trial Counsel
Office of the Attorney General
One Ashburton Place
20th Floor
Telephone: 617-963-2394
Email: nita.klunder@mass.gov

*Attorney for the Commonwealth of Massachusetts*