Andrea Joy Campbell
Attorney General for the Commonwealth of Massachusetts
Savannah Arguello
*Assistant Attorney General*
1 Ashburton Pl
Boston, MA 02108
Telephone: 617-963-2707
Email: sav.arguello@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| STATE OF OREGON, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.<br><br>*Defendants*. | Case No. 6:26-cv-02359-MTK<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned is counsel of record for the Commonwealth of Massachusetts in this case.

DATED: October 30, 2026

Respectfully submitted,

*s/ Savannah Arguello*________________

Savannah Arguello
*Assistant Attorney General*
Office of Attorney General Andrea Joy Campbell
1 Ashburton Pl.
Boston, MA 02108
Telephone: 617-963-2707
Email: sav.arguello@mass.gov

*Attorney for the Commonwealth of Massachusetts*