PHILIP J. WEISER
Attorney General for the State of Colorado

Gabe Podesta
Senior Assistant Attorney General
1300 Broadway, 10th Fl.
Denver, CO 80203
Telephone: (720) 508-6000
Email: gabe.podesta@coag.gov

*Attorney for the State of Colorado*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| STATE OF OREGON, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.<br><br>*Defendants*. | Case No. 6:26-cv-02359-MTK<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned is counsel of record for State of Colorado in this case.

DATED: October 30, 2026

Respectfully submitted.

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Gabe Podesta*
Senior Assistant Attorney General
1300 Broadway, 10th Fl.
Denver, CO 80203
Telephone: (720) 508-6000
Email: gabe.podesta@coag.gov

*Attorney for the State of Colorado*