JAY JONES
ATTORNEY GENERAL FOR THE COMMONWEALTH OF VIRGINIA
Megan C. Keenan
Deputy Solicitor General
Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 997-5222
Fax: (804) 786-1991
Email: mkeenan@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| STATE OF OREGON, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.<br><br>*Defendants*. | Case No. 6:26-cv-02359-MTK<br><br>**NOTICE OF APPEARANCE** |

# **NOTICE OF APPEARANCE**

Please take notice that the undersigned is counsel of record for the Commonwealth of Virginia in this case.

DATED: November 2, 2026

Respectfully submitted.

*s/ Megan C. Keenan*

JAY JONES
ATTORNEY GENERAL FOR THE COMMONWEALTH OF VIRGINIA
Megan C. Keenan
Deputy Solicitor General
Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 997-5222
Fax: (804) 786-1991
Email: mkeenan@oag.state.va.us

*Counsel for the Commonwealth of Virginia*