KRISTIN K. MAYES
Attorney General for the State of Arizona
Syreeta A. Tyrell
*Assistant Attorney General*
Office of the Arizona Attorney General
2005 North Central Ave
Phoenix, AZ 85004
(602)542-3333
Syreeta.Tyrell@azag.gov

*Attorneys for the State of Arizona*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| STATE OF OREGON, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.<br><br>*Defendants*. | Case No. 6:26-cv-02359-MTK<br><br>**NOTICE OF APPEARANCE** |

# NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for State of Arizona in this case.

DATED: November 2, 2026

Respectfully submitted.

*s/ Syreeta Tyrell*

Syreeta A. Tyrell
*Assistant Attorney General*
Office of the Arizona Attorney General
2005 North Central Ave
Phoenix, AZ 85004
(602)542-3333
Syreeta.Tyrell@azag.gov

*Attorneys for the State of Arizona*