AARON FREY
Attorney General for the State of Maine
KATHERINE W. THOMPSON
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Telephone: (207) 626-8800
Fax: (207) 287-3145
Email: kate.thompson@maine.gov

*Attorneys for the State of Maine*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| STATE OF OREGON, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.<br><br>*Defendants*. | Case No. 6:26-cv-02359-MTK<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned is counsel of record for the State of Maine in this case.

DATED: November 5, 2026

Respectfully submitted.

*s/ Katherine W. Thompson*

AARON FREY
Attorney General for the State of Maine
KATHERINE W. THOMPSON
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Telephone: (207) 626-8800
Fax: (207) 287-3145
Email: kate.thompson@maine.gov

*Attorneys for the State of Maine*