NICHOLAS W. BROWN
Attorney General for the State of Washington
LUCY WOLF
Assistant Attorney General
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
lucy.wolf.@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

STATE OF OREGON, et al.

*Plaintiffs*,

v.

SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.

*Defendants*.

Case No. 6:26-cv-02359-MTK

**NOTICE OF APPEARANCE**

**NOTICE OF APPEARANCE**

Please take notice that the undersigned is counsel of record for Plaintiff State of Washington in this case.

DATED: November 5, 2026

Respectfully submitted.

*s/ Lucy Wolf*________________

LUCY WOLF, WSBA #59028
Assistant Attorney General
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
lucy.wolf.@atg.wa.gov

*Attorney for Plaintiff State of Washington*