PETER F. NERONHA
Attorney General for the State of Rhode Island
MICHAEL B. COLLINS
Special Assistant Attorney General
Rhode Island Attorney General
150 South Main St.
Providence, RI 02903
Telephone: 401-724-4400
Email: mcollins@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| STATE OF OREGON, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.<br><br>*Defendants*. | Case No. 6:26-cv-02359-MTK<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned is counsel of record for Plaintiff State of Rhode Island in this case.

DATED: November 10, 2026

Respectfully submitted.

*s/ Michael B. Collins*_

PETER F. NERONHA
Attorney General for the State of Rhode Island
MICHAEL B. COLLINS
Special Assistant Attorney General
Rhode Island Attorney General
150 South Main St.
Providence, RI 02903
Telephone: 401-724-4400
Email: mcollins@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island*